AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Ricardo MARIN FLORES<br><br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.  **1:24-MJ-00556** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 9, 2024___ in the county of ___Warren___ in the ___Southern___ District of ___Ohio___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § 1326(a), (b)(1) | was found in the United States, at a location within the Southern District of Ohio, after having been denied admission, excluded, deported, or removed from the United States and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission the United States |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

MATTHEW W KLAUENBERG
Digitally signed by MATTHEW W KLAUENBERG
Date: 2024.07.12 15:31:46 -04'00'

*Complainant's signature*

Matthew W. Klauenberg, Deportation Officer

*Printed name and title*

Subscribed and sworn to me by reliable electronic means, specifically, FaceTime video conference, pursuant to Fed. R. Crim. P. 4.1.

Date:  **Jul 12, 2024**

*Stephanie K. Bowman*

*Judge's signature*

City and state:  ___Cincinnati, Ohio___

Stephanie K. Bowman, United States Magistrate Judge

*Printed name and title*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 1:24-MJ-00556** |
| **Ricardo MARIN FLORES** | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Matthew W. Klauenberg, being duly sworn, depose and state as follows:

**INTRODUCTION**

1. I am a Deportation Officer with Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) division. I am a graduate of the Federal Law Enforcement Training Center ("FLETC") and I have received specialized training in establishing alienage and removability of foreign-born citizens. I also have extensive knowledge of, and experience reviewing, Alien files ("A-files") which also facilitates my determination of whether a person is present in the United States unlawfully. An A-file is a collection of documents pertaining to a known alien maintained by Citizenship and Immigration Services, which contains, among other information, records from any prior removal from the United States and the reason for such removal. The documents, including fingerprint records of the alien, are placed in the A-file by representatives of the Department of Homeland Security as well as other agencies. Through my training and experience, my duties include identifying aliens present in the United States both lawfully and unlawfully.

1

2.      This affidavit is submitted in support of a criminal complaint and arrest warrant charging the above named defendant with violating 8 U.S.C § 1326(a) and (b)(1) in that, on or about July 9, 2024, the above named defendant was found in the United States, specifically in Mason, Ohio, which is located in the Southern District of Ohio, without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States, after having been denied admission, excluded, deported, or removed from the United States.

3.      This affidavit is based on information obtained by me, information conveyed to me by other law enforcement officers, and a review of evidence, records, and documents obtained during the course of the investigation. This affidavit contains the information necessary to establish probable cause but does not include each and every fact known to me or known to the government.

4.      The defendant is a native and citizen of Mexico.  On or about December 20, 2007, an Immigration Judge ordered the defendant removed from the United States.  He was removed on December 26, 2007.

5.      The defendant illegally entered the United States again on November 18, 2008.  The next day, in the District of Arizona (case 4:08-mj-22373), he pled guilty to illegal entry, in violation of 8 U.S.C. § 1325.  He was sentenced to 35 days and was then removed again.

6.      On May 1, 2017, law enforcement officers encountered the defendant in Columbus, Ohio.  He was charged in the Southern District of Ohio with illegal reentry, in violation of 8 U.S.C. § 1326 (case 2:17-cr-00136).  On November 17, 2017, he was sentenced to time served plus three

days, followed by one year of supervised release.  He was then removed from the United States on December 12, 2017.

7.      The defendant reentered the United States on June 6, 2018.  He was removed from the United States on June 8, 2018 at Laredo, Texas.

8.      On July 9, 2024, ICE officers encountered the defendant in Mason, Ohio and took him into custody.  He gave a written statement in which he acknowledged that his name is Ricardo Marin-Flores, he was born in Mexico and is a citizen of Mexico, he was previously deported from the United States, and he illegally entered the United States seven years ago.

9.      ICE ERO officers later submitted the defendant's fingerprints to ICE databases, which confirmed a match to Ricardo MARIN FLORES, a native and citizen of Mexico, and not a citizen of the United States, who (according to ICE databases) has been previously deported from the United States.

## CONCLUSION

Based upon the foregoing, I submit there is probable cause to conclude that on or about **July 9, 2024**, the above named defendant, an alien, was found in the United States, at a location within the Southern District of Ohio, after having been denied admission, excluded, deported, or removed from the United States and having not obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a) and (b)(1).

3

MATTHEW W KLAUENBERG

Digitally signed by MATTHEW W KLAUENBERG
Date: 2024.07.12 15:32:33 -04'00'

Matthew Klauenberg
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to me by reliable electronic means, specifically, FaceTime video conference, pursuant to Fed. R. Crim. P. 4.1, on July __12__, 2024.

_Stephanie K. Bowman_
The Honorable Stephanie K. Bowman
United States Magistrate Judge

4